CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 24 2005

JOHN F. CORCORAN, CLERK
BY
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAWN WAYNE BREEDEN,<br>    Petitioner, | Civil Action No. 7:05CV00413 |
| v. | **ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>    Respondent. | By: Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that the respondent's motion to dismiss shall be and hereby is **GRANTED** and the petition shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 24th day of October, 2005.

                                          /s/ Glen E. Conrad
                                    United States District Judge